**CONTE C. CICALA**
State Bar No. 173554
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Tel: (415) 365-9800
Fax: (415) 365-9801

Attorneys for Plaintiff,
MITSUI O.S.K. LINES, LTD.

**LYNN L. KRIEGER**
State Bar No. 209592
**NORA DEVINE**
State Bar No. 286706
THOMAS, QUINN & KRIEGER, L.L.P.
781 Beach Street, Suite 330
San Francisco, CA 94109
Tel: (415)546-6100
Fax: (415)358-5868
E-mail: lkrieger@tqklaw.com
E-mail: ndevine@tqklaw.com

Attorney for Defendant,
CHINA INT'L FREIGHT CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CHINA INT'L FREIGHT CO., LTD., AMERICAN FREIGHT LOGISTICS, INC., AMPAC FREIGHT SYSTEM, INC., DYNA LOGISTICS, INC., EMPIRE INTER-FREIGHT CORP., JWJ EXPRESS, INC., MOMENTUM LOGISTICS CORP., and UIA WORLDWIDE LOGISTICS, INC. and DOES 8 thorough 20, <br><br> Defendants. | **Case No. 4:15-cv-03341-DMR** <br><br> **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL** <br><br> **FRCP Rule 41(a)** |

By and through their respective counsel, Plaintiff MITSUI O.S.K. LINES, LTD. and

Defendant CHINA INT'L FREIGHT CO., LTD. hereby submit this joint stipulation

pursuant to Federal Rule of Civil Procedure 41 to dismiss this action, including all claims

STIP & [PROPOSED] ORDER RE DISMISSAL
WITH PREJUDICE                          -1-                         Case No. 4:15-cv-03341-DMR

and counterclaims of any type or nature asserted by Plaintiff, each party to bear its own fees and costs.

Dated: 02/05/16

CLYDE & CO US LLP
Attorney for Plaintiff,
MITSUI O.S.K. LINES, LTD.

By: _____/ S /_____
         CONTE C. CICALA

Dated: 02/05/16

THOMAS QUINN & KRIEGER, LLP
Attorney for Defendant,
CHINA INT'L FREIGHT CO., LTD.

By: _____/ S /_____
         LYNN L. KRIEGER

### [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41 and having considered the Parties' stipulation dismissing this action, including all claims and counterclaims, with prejudice, IT IS HEREBY ORDERED as follows:

This action, including all claims and counterclaims, is dismissed with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February 8, 2016        By: _____
                                  DONNA M. RYU
                                  United States Magistrate Judge

*IT IS SO ORDERED*

STIP & [PROPOSED] ORDER RE DISMISSAL
WITH PREJUDICE                                -2-                    Case No. 4:15-cv-03341-DMR

THOMAS, QUINN & KRIEGER, L.L.P.
781 Beach Street, Suite 330
San Francisco, CA 94109
Tel: (415)546-6100
Fax: (415)358-5868
lkrieger@tqklaw.com
ndevine@tqklaw.com

T|Q|K LLP